JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA BARRERA, <br> Plaintiff, <br> v. <br> US BANK, N.A.; and Does 1-10 <br> Defendants. | Case: 2:15-CV-00342-PA (AJWx) <br><br> **ORDER ON NOTICE OF DISMISSAL** |

The entire case is hereby ordered dismissed without prejudice.

Dated: February 7, 2015

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT JUDGE